AO 91 (Rev. 02/09) Criminal Complaint  Felony

United States District Court
Southern District of Texas
FILED

AUG - 8 2019

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America
v.

Eli RAMIREZ-Rios

*Defendant*

Case No. B-19-mj-800

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __August 7, 2019__ in the county of __Cameron__ in the __Southern__ District of __Texas__, the defendant violated __18__ U.S.C. § __554 and 371__,

an offense described as follows:

Knowingly conspired to export or send from the United States, or attempt to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale or such merchandise, article or object, prior to exportation, knowing the same to be intended for the exportation contrary to any law or regulation of the United States, to wit: five (5) Palmetto State Armory AR-10 rifles and five (5) AR magazines.

This criminal complaint is based on these facts:

On August 7, 2019, Eli RAMIREZ-Rios was departing the U.S. through the Brownsville and Matamoros (B&M) Port of Entry in Brownsville, TX, driving a silver Buick Enclave bearing Mexican license plates: A98THF3. The Enclave was referred to outbound inspection. RAMIREZ gave Customs and Border Protection Officers (CBPOs) a negative declaration for weapons, ammunition and money. During the outbound inspection of the vehicle, five (5) Palmetto State Armory AR-10 rifles and five (5) AR magazines were discovered concealed under the hood of the Enclave in the firewall section of the vehicle.

☐ Continued on the attached sheet.

*Complainant's signature*

Christopher Roberts, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/8/2019

City and state: Brownsville, Texas

Ignacio Torteya III, U.S. Magistrate Judge
*Printed name and title*